UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CIVIL ACTION NO. 19-123-DLB**

**JOSE CRISTOBAL CARDONA**                                                          **PLAINTIFF**

v.                                     **<u>JUDGMENT</u>**

**H. JOYNER, Warden, et al.**                                                  **DEFENDANTS**

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED** and **ADJUDGED** as follows:

(1)    Plaintiff Jose Cristobal Cardona's Complaint (Doc. # 1-1) is **DENIED**;

(2)    Judgment is entered in favor of the Defendants with respect to all issues raised in this proceeding;

(3)    This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(4)    This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 14th day of January, 2020.



Signed By:
<u>David L. Bunning</u> DB
United States District Judge

J:\DATA\ORDERS\ProSe\19-123 Judgment.docx